# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00441-CV

### In re Travis Central Appraisal District

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: August 22, 2025